Brian M. Brown, Esq.
Nevada Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
ELKO COUNTY AND ROBERT K. STOKES

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VARGAS, individually, | CASE NO.  2:14-cv-1942-JCM-CWH |
| Plaintiff, | |
| vs. | |
| AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services in her individual capacity; STEVE McBRIDE, Deputy Administrator of Nevada Youth Training Center in his individual capacity; RICHARD GLOECKNER, Superintendent of Nevada Youth Training Center in his individual capacity; ROBERT K. STOKES, Elko County Manager in his individual capacity; ELKO COUNTY; JAMES GOODSON, Head Group Supervisor, in his individual capacity; RUSSELL TAYLOR, Assistant Head Group Supervisor, in his individual capacity; GARY PATTERSON, Group Supervisor, in his individual capacity; SHAUN BRILEY, Group Supervisor, in his individual capacity; JOHN OLSON, Group Supervisor, in his individual capacity; DEBORAH KNOTTS, Correctional Nurse, in her individual capacity; DOE OFFICERS I-X, DOE HEALTHCARE PROVIDERS I-X, DOES I-X, inclusive, DOES XI-XX, inclusive; ROES I-X, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE**

COME NOW, Plaintiff, DANIEL VARGAS, and Defendants, ELKO COUNTY and ROBERT K. STOKES, by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules

THORNDAL ARMSTRONG
DELK BALKENBUSH
& EISINGER
6590 S. McCarran Blvd. #B
Reno, Nevada 89509
(775) 786-2882

of Civil Procedure, hereby stipulate that the above-entitled matter may be dismissed without prejudice as to Defendants, ELKO COUNTY and ROBERT K. STOKES, in its entirety and each party to bear their own costs and attorney's fees.

DATED this 13th day of November, 2015.

LASSO INJURY LAW, LLC

By: */s/ Al Lasso*
Al Lasso, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 625-8777

Attorneys for Plaintiff
DANIEL VARGAS

DATED this 13th day of November, 2015.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: */s/ Brian Brown*
Brian M. Brown, Esq.
Nevada Bar No. 5233
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882

Attorneys for Defendants
ELKO COUNTY AND ROBERT K. STOKES

**ORDER**

IT IS SO ORDERED.

DATED November 17, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

THORNDAL ARMSTRONG
DELK BALKENBUSH
& EISINGER
6590 S. McCarran Blvd. #B
Reno, Nevada 89509
(775) 786-2882