**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL VARGAS,  | Case No. 2:14-CV-1942 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| AMBER HOWELL, et al., | |
| Defendant(s). | |

Presently before the court is defendants Elko County and Robert K. Stokes' motion to dismiss. (Doc. # 52). Plaintiff Daniel Vargas filed a non-opposition to the motion. (Doc. # 56).

Mr. Vargas, Mr. Stokes, and Elko County subsequently filed a stipulation to dismiss plaintiff's complaint in its entirety as to defendants Elko County and Robert K. Stokes. (Doc. # 63). The court granted the stipulation and dismissed the complaint with respect to Stokes and Elko without prejudice. Defendants' motion is therefore moot. (Doc. # 64).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Elko County and Robert K. Stokes' motion to dismiss (doc. # 52) be, and the same hereby is, DENIED as moot.

DATED March 17, 2016.

_____
UNITED STATES DISTRICT JUDGE