PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiff Daniel Vargas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VARGAS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services in her individual capacity; STEVE MCBRIDE, Deputy Administrator of Nevada Youth Training Center in his individual capacity; RICHARD GLOECKNER, Superintendent, Nevada Youth Training Center in his individual capacity; ROBERT K. STOKES, Elko County Manager in his individual capacity; ELKO COUNTY; JAMES GOODSON, Head Group Supervisor, in his individual capacity; RUSSELL TAYLOR, Assistant Head Group Supervisor, in his individual capacity; GARY PATTERSON, Group Supervisor, in his individual capacity; SHAUN BRILEY, Group Supervisor, in his individual capacity; JOHN OLSON, Group Supervisor, in his individual capacity; DEBORAH KNOTTS, Correctional Nurse, in her individual capacity; DOE OFFICERS I-X, DOE HEALTH CARE PROVIDERS I-X, DOES I-X, inclusive, DOES XI-XX, Inclusive, ROSE I-X, <br><br> Defendants. | CASE NO.: 2:14-cv-1942-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RENEWED MOTION FOR ATTORNEYS' FEES** <br><br> **(FIRST REQUEST)** |

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record:

That Defendants will have up to and including June 4, 2020 to file an Opposition to Plaintiff's Renewed Motion for Attorneys' Fees [ECF No. 112] to allow the parties additional time to mediate in an attempt to resolve the matter.

Respectfully submitted this 19th day of May, 2020.

| CHRISTIANSEN LAW OFFICES | AARON D. FORD<br>NEVADA ATTORNEY GENERAL |
|---|---|
| /s/ *Keely A. Perdue* | /s/ *Steve Shevorski* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>pete@christiansenlaw.com<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>kworks@christiansenlaw.com<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>keely@christiansenlaw.com<br>810 S. Casino Center Blvd., Suite104<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Daniel Vargas* | STEVE SHEVORSKI, ESQ.<br>Nevada Bar No. 8256<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED May 26, 2020.

_____
UNITED STATES DISTRICT JUDGE