AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Kiel B. Ireland (Bar No. 15368C)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for the State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VARGAS, individually,<br><br>Plaintiffs,<br>vs.<br><br>AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services in her individual capacity; STEVE MCBRIDE, Deputy Administrator of Nevada Youth Training Center in his individual capacity; RICHARD GLOECKNER, Superintendent, Nevada Youth Training Center in his individual capacity; ROBERT K. STOKES, Elko County Manager in his individual capacity; ELKO COUNTY; JAMES GOODSON, Head Group Supervisor, in his individual capacity; RUSSELL TAYLOR, Assistant Head Group Supervisor, in his individual capacity; GARY PATTERSON, Group Supervisor, in his individual capacity; SHAUN BRILEY, Group Supervisor, in his individual capacity; JOHN OLSON, Group Supervisor, in his individual capacity; DEBORAH KNOTTS, Correctional Nurse, in her individual capacity; DOE OFFICERS I-X, DOE HEALTH CARE PROVIDERS IX, DOES I-X, inclusive, DOES XI-XX, Inclusive, ROEs I-X,<br><br>Defendants. | CASE NO. 2:14-cv-1942-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO RENEWED MOTION FOR ATTORNEYS' FEES (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Amber Howell, Steve McBride, Richard Gloeckner, James Goodson, Russell Taylor, Shaun Briley,

Page **1** of **2**

John Olson and Deborah Knotts (collectively, the "State Defendants"), and Plaintiff Daniel Vargas, by and through their respective counsel:

That the State Defendants will have up to and including June 15, 2020 to file an opposition to Plaintiffs' renewed motion for attorneys' fees [ECF No. 112] to allow the parties additional time to continue mediating in an attempt to resolve this matter.

Respectfully submitted this 10th day of June, 2020.

| AARON D. FORD<br>Attorney General | CHRISTIANSEN LAW OFFICES |
|---|---|
| By: */s/ Steve Shevorski*<br>Steve Shevorski (Bar No. 8256)<br>Chief Litigation Counsel<br>*Attorneys for State Defendants* | By: */s/ Keely A. Perdue*<br>Peter S. Christiansen (Bar No. 5254)<br>Kendelee L. Works (Bar No. 9611)<br>Keely A. Perdue (Bar No. 13931)<br>*Attorneys for Plaintiff* |

### ORDER

**IT IS SO ORDERED.**

DATED June 11, 2020.

_____
UNITED STATES DISTRICT JUDGE