AARON D. FORD
 Attorney General
Steve Shevorski (Bar No. 8256)
 Chief Litigation Counsel
Kiel B. Ireland (Bar No. 15368C)
 Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for the State Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VARGAS, individually, | CASE NO. 2:14-cv-1942-JCM-CWH |
| Plaintiffs, | |
| vs. | |
| AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services in her individual capacity; STEVE MCBRIDE, Deputy Administrator of Nevada Youth Training Center in his individual capacity; RICHARD GLOECKNER, Superintendent, Nevada Youth Training Center in his individual capacity; ROBERT K. STOKES, Elko County Manager in his individual capacity; ELKO COUNTY; JAMES GOODSON, Head Group Supervisor, in his individual capacity; RUSSELL TAYLOR, Assistant Head Group Supervisor, in his individual capacity; GARY PATTERSON, Group Supervisor, in his individual capacity; SHAUN BRILEY, Group Supervisor, in his individual capacity; JOHN OLSON, Group Supervisor, in his individual capacity; DEBORAH KNOTTS, Correctional Nurse, in her individual capacity; DOE OFFICERS I-X, DOE HEALTH CARE PROVIDERS IX, DOES I-X, inclusive, DOES XI-XX, Inclusive, ROEs I-X, | **STIPULATION AND ORDER TO STAY THE RENEWED MOTION FOR ATTORNEYS' FEES AND BRIEFING PENDING SETTLEMENT APPROVAL** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Amber

Howell, Steve McBride, Richard Gloeckner, James Goodson, Russell Taylor, Shaun Briley,

John Olson and Deborah Knotts (collectively, the "State Defendants"), and Plaintiff Daniel Vargas, by and through their respective counsel:

That the parties have a conditional settlement pending approval of the Board of Examiners, which will be set on August 11, 2020.  Because Nevada law requires approval by the Board of Examiners of this conditional settlement, the parties stipulate and agree that all briefing on the Renewed Motion for Attorneys' Fees will be stayed pending approval.  Additionally, the parties anticipate they will file a Stipulated Dismissal and Withdrawal of the Renewed Motion for Attorney's Fees, no later than August 25, 2020, which is two weeks post Board of Examiners meeting.

Respectfully submitted this 15th day of June, 2020.

AARON D. FORD
Attorney General

CHRISTIANSEN LAW OFFICES

By: */s/ Steve Shevorski*
　　Steve Shevorski (Bar No. 8256)
　　Chief Litigation Counsel
　　*Attorneys for State Defendants*

By: */s/　　Kendelee L. Works*
　　Peter S. Christiansen (Bar No. 5254)
　　Kendelee L. Works (Bar No. 9611)
　　Keely A. Perdue (Bar No. 13931)
　　*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED June 19, 2020.

_____
UNITED STATES DISTRICT JUDGE