PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:  (702) 240-7979
Facsimile:  (866) 412-6992
*Attorneys for Plaintiff Daniel Vargas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIEL VARGAS, individually,

          Plaintiff,

vs.

AMBER HOWELL, Administrator of the Nevada Division of Child and Family Services in her individual capacity; STEVE MCBRIDE, Deputy Administrator of Nevada Youth Training Center in his individual capacity; RICHARD GLOECKNER, Superintendent, Nevada Youth Training Center in his individual capacity; ROBERT K. STOKES, Elko County Manager in his individual capacity; ELKO COUNTY; JAMES GOODSON, Head Group Supervisor, in his individual capacity; RUSSELL TAYLOR, Assistant Head Group Supervisor, in his individual capacity; GARY PATTERSON, Group Supervisor, in his individual capacity; SHAUN BRILEY, Group Supervisor, in his individual capacity; JOHN OLSON, Group Supervisor, in his individual capacity; DEBORAH KNOTTS, Correctional Nurse, in her individual capacity; DOE OFFICERS I-X, DOE HEALTH CARE PROVIDERS I-X, DOES I-X, inclusive, DOES XI-XX, Inclusive, ROSE I-X,

          Defendants.

CASE NO.: 2:14-cv-1942-JCM-CWH

**STIPULATION AND ORDER WITHDRAWING PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 1988**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record:

That Plaintiff's Renewed Motion for Attorneys' Fees Pursuant 42 U.S.C. § 1988 [ECF No. 112] shall be withdrawn, as this matter has been resolved.

Respectfully submitted this 3rd day of September, 2020.

| CHRISTIANSEN LAW OFFICES | AARON D. FORD<br>NEVADA ATTORNEY GENERAL |
|---|---|
| /s/ *Keely A. Perdue* | /s/ *Steve Shevorski* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>pete@christiansenlaw.com<br>KENDELEE L. WORKS, ESQ.<br>Nevada Bar No. 9611<br>kworks@christiansenlaw.com<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>keely@christiansenlaw.com<br>810 S. Casino Center Blvd., Suite104<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff Daniel Vargas* | STEVE SHEVORSKI, ESQ.<br>Nevada Bar No. 8256<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

DATED September 10, 2020.

_____
UNITED STATES DISTRICT JUDGE

2